UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN L. GOODWILL, | Case No. CV 09-3066 DTB |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In its May 8, 2009 Case Management Order, the Court ordered the parties to serve and file their Joint Stipulation within 68 days of the filing of defendant's Answer. Defendant's Answer was filed October 5, 2009. On October 21, 2009, the parties filed a Joint Status Report advising the Court of plaintiff's desire to obtain new counsel and requested that the matter be stayed pending the substitution of counsel. On November 2, 2009, counsel for plaintiff filed a Motion to Withdraw as Attorney of Record which the Court granted on January 28, 2010.

More than 60 days from the service of the Minute Order granting the Motion to Withdraw has elapsed, and plaintiff still has not retained new counsel.

Accordingly, on or before April 30, 2010, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff has not timely retained new counsel, and why this action should not be dismissed for failure to prosecute; or (b)

1  proceed in pro per and serve and file the Joint Stipulation.  Plaintiff is forewarned that,
2  if she fails to do either, the Court will deem such failure a further violation of a Court
3  order justifying dismissal and also deem such failure as further evidence of a lack of
4  prosecution on plaintiff's part.

6  DATED: April 1, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

# NOTICE PARTY SERVICE LIST

**Case No.** _____      **Case Title** _____

**Title of Document** _____

| | | | |
|---|---|---|---|
| ☐ | ADR | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | BAP (Bankruptcy Appellate Panel) | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Chief Deputy Admin | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Ops | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Clerk of Court | ☐ | US Probation Office (USPO) |
| ☐ | Death Penalty H/C (Law Clerks) | ☐ | US Trustee's Office |
| ☐ | Dep In Chg E Div | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg So Div | | |
| ☐ | Federal Public Defender | | |
| ☐ | Fiscal Section | | |
| ☐ | Intake Section, Criminal LA | | |
| ☐ | Intake Section, Criminal SA | | |
| ☐ | Intake Supervisor, Civil | | |
| ☐ | MDL Panel | | |
| ☐ | Ninth Circuit Court of Appeal | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | |
| ☐ | PSA - Los Angeles (PSALA) | | |
| ☐ | PSA - Riverside (PSAED) | | |
| ☐ | PSA - Santa Ana (PSASA) | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | |
| ☐ | Statistics Clerk | | |

☐ ***ADD NEW NOTICE PARTY***
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____