# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN L. GOODWILL, | Case No. CV 09-3066-DTB |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order re Dismissal for Failure to Prosecute filed herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: May 24, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1